## WALLER v. DUNNAHO.

Court of Quarter Sessions. November, 1797.

*Wilson's Red Book, 184.*

Per Curiam. We have said in all the counties that you may make the suggestion at any term after the death, but, when it is made and no proceedings had before another term, the cause is abated.

*Absente* Johns, J., this term, neither in sickness nor trouble, *ut audivi* from Mr. Ridgely, but increasing his estate.